Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Putnam, Blackmar and Jaycox, JJ., concurred; Rich, J., dissented.

In the Matter of the Application of CHARLES M. BRACELEN for Admission to the Bar. (From the State of Minnesota.) — Application granted. Present — Jenks, P. J., Mills, Rich, Putnam and Jaycox, JJ.

In the Matter of the Application of MAX LEVY for Admission to the Bar. (From the State of New Jersey.) — Application granted. Present — Jenks, P. J., Mills, Rich, Putnam and Jaycox, JJ.

In the Matter of the Application of ERWIN ROBINSON LILLARD for Admission to the Bar. (From the State of Illinois.) — Application granted. Present — Jenks, P. J., Mills, Rich, Putnam and Jaycox, JJ.

In the Matter of the Application of GEORGE RAMSEY for Admission to the Bar. (From the District of Columbia.) — Application granted. Present — Jenks, P. J., Mills, Rich, Putnam and Jaycox, JJ.

ANDREW W. AHERN, Respondent, v. HOWARD E. WHEELER, Appellant.— Judgment and order of the County Court of Kings county affirmed, with costs. No opinion. Mills, Rich and Kelly, JJ., concurred; Jenks, P. J., and Jaycox, J., voted to reverse upon the ground of the indivisibility of the account.

VINCENT CANZIO, Respondent, v. SAMUEL E. ELFENBEIN, Appellant.— Order modified by striking therefrom the provision that the judgment stand as security, and that defendant pay the costs as a condition to granting the motion; and as so modified affirmed, with ten dollars costs and disbursements. The amended answer superseded the notice of trial, the inquest taken was irregular, and defendant is entitled as a matter of right to have it set aside. If the amended answer created no issue that fact should have been determined upon the motion made by plaintiff under section 542, Code of Civil Procedure, to strike out the amended answer as interposed for the purpose of delay. Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ., concurred.

LILLIAS D. COOKE and NORMA MACD. FISCHER, Appellants, v. CHARLES C. BURLINGHAM, as Executor, etc., of WILLIAM COVERLY, Deceased, and REBECCA FRANCES COVERLY, Respondents.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ., concurred.

LILLIAS D. COOKE and NORMA MACD. FISCHER, Appellants, v. REBECCA FRANCES COVERLY, Respondent.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ., concurred.

PIETRO EZZO, Respondent, v. STEVES, LACIOS COMPANY, INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Mills, Rich, Blackmar, Kelly and Jaycox, JJ.

In the Matter of the Application of ALBERT CLEMENTS, Respondent, for a Peremptory Writ of Mandamus, Directed to WILLIAM WILLIAMS, as Commissioner, etc., and Another. EDISON ELECTRIC ILLUMINATING COMPANY OF BROOKLYN and Another, Appellants.— Appeal dismissed, with costs, upon the ground that an order granting an alternative writ of mandamus is not appealable. (*People ex rel. Levenson* v. *O'Donnel,* 99 App. Div. 253; *People ex rel. Mount Vernon Trust Co.* v. *Millard,* 127